# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEPHEN KENT BLOOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. |
| ) | **01-3450-KHV** |
| **K. RUHNKE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____) | |

## ORDER

Stephen Kent Bloom brings suit under 42 U.S.C. § 1983 for violation of constitutional rights. This matter comes before the Court on plaintiff's Motion For Monetary Compensation (Doc. #73) filed September 9, 2005. Plaintiff asks the Court to order defendants to pay various amounts of money. See id. at 2. Plaintiff filed his second amended complaint on September 9, 2005, and the case is currently in discovery. Plaintiff's motion provides no legal basis or evidence to support an award of monetary compensation at this time. The Court will therefore overrule the motion.

**IT IS THEREFORE ORDERED** that plaintiff's Motion For Monetary Compensation (Doc. #73) filed September 9, 2005 be and hereby is **OVERRULED**.

Dated this 25th day of October, 2005 at Kansas City, Kansas.

                                                                    s/ Kathryn H. Vratil
                                                                    Kathryn H. Vratil
                                                                    United States District Judge